■ DANA R. LEWIS, Appellant, v JEFFREY M. GELLMAN, Respondent. — Order unanimously reversed, without costs, and matter remitted to Supreme Court, Erie County, for a hearing, in accordance with the following memorandum: Special Term improperly denied petitioner's request for upward modification of child support without conducting a hearing. Petitioner alleges that because of a drastic decrease in her income, the current level of child support is inadequate to meet the needs of the parties' son. Where such allegations are made, a hearing is mandated (see *Van Niel v Van Niel,* 93 AD2d 986; *Huber v Huber,* 59 AD2d 1063; *Matter of Monesi v Monesi,* 55 AD2d 1020). The court also erred in denying petitioner's request for

disclosure of respondent's financial records (Domestic Relations Law, § 236, part B, subd 4). On remittal, petitioner should be permitted to raise the issue of counsel fees. (Appeal from order of Supreme Court, Erie County, Broughton, J. — modify child support.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.